RECEIVED
IN LAKE CHARLES, LA.

FEB 26 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LA OILFIELD SERVICES, INC. and QUALITY OILFIELD, L.L.C. | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 12-cv-01887 |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | * * * | JUDGE MINALDI |
| | * | MAGISTRATE JUDGE KAY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT OF VOLUNTARY DISMISSAL, WITH PREJUDICE

Considering the Joint Motion for Voluntary Dismissal, With Prejudice, filed on behalf of Plaintiffs, LA Oilfield Services, Inc. and Quality Oilfield, L.L.C., and Defendant, Indemnity Insurance Company of North America;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims alleged by Plaintiffs in the above captioned matter and the above captioned matter in its entirety, shall be and are hereby dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice and with each party to bear its own respective costs.

Lake Charles, Louisiana this 23 day of February 2013.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE